UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,          :     17-Cr-511 (SHS)

             -v-                   :     ORDER

TAVON GODFREY,                     :

             Defendant.            :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of defendant's attorney Susan J. Walsh to be relieved as counsel for the defendant [Doc. No. 383],

IT IS HEREBY ORDERED that Susan J. Walsh is relieved, and the CJA attorney on duty today, Thomas H. Nooter, is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with a motion pursuant to 28 U.S.C. § 2255. Mr. Nooter shall have 30 days in which to file a petition under 28 U.S.C. § 2255 on behalf of the defendant; the government shall respond within 30 days thereafter.

Dated:  New York, New York
        March 12, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.