UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,           :        17-Cr-511 (SHS)

            -v-                     :        ORDER

TAVON GODFREY,                      :

            Defendant.              :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court having been notified by Thomas H. Nooter that he is unavailable to represent
the defendant,

        IT IS HEREBY ORDERED that Thomas H. Nooter is relieved, and the CJA attorney
on duty on March 15, 2021, Scott B. Tulman, is appointed to represent the defendant pursuant
to the Criminal Justice Act in connection with a motion pursuant to 28 U.S.C. § 2255.
Mr.Tulman shall have 30 days in which to file a petition under 28 U.S.C. § 2255 on behalf of
the defendant; the government shall respond within 30 days thereafter.

Dated: New York, New York
       March 12, 2021

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.