| | **Duane Morris**® | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

March 22, 2021

**MEMO ENDORSED**

<u>VIA ECF</u>

Honorable Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>United States v. Tavon Godfrey, No. 17-cr-00511 (SHS)</u>

Dear Judge Stein:

      On March 18, 2021, the Court assigned me to represent Tavon Godfrey, as I had switched CJA duty days with Mr. Siegel. Pursuant to the Court's March 15, 2021 Order (ECF 388), Mr. Godfrey's 28 U.S.C. § 2255 petition is due on April 14, 2021.

      Unfortunately, I have a week-long commercial arbitration scheduled from April 19 to the 23, which will require significant witness and expert witness preparation, all having to be done remotely.

      I therefore respectfully request that the deadline for Mr. Godfrey's petition be moved to May 5, 2021, with the government's response then due on June 4, 2021. I appreciate the Court's consideration.

      Respectfully submitted,

      <u>/s/ Eric R. Breslin</u>

      Eric R. Breslin

ERB:dc
cc: All Counsel of Record (VIA ECF)

GREGORY R. HAWORTH, RESIDENT PARTNER
PHONE: +1 973 424 2000   FAX: +1 973 424 2001

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800
NEWARK, NJ 07102-5429
DM1\10853435.1

**So Ordered**

**Request granted.**

**Dated: New York, New York**

**March 22, 2021**

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.