NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

**Duane Morris®**

FIRM and AFFILIATE OFFICES

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

ALLIANCES IN MEXICO
AND SRI LANKA

July 19, 2021

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **United States v. Tavon Godfrey, No. 17-cr-00511 (SHS)**

Dear Judge Stein:

      I write to request permission to staff one of my associates, Arletta Bussiere, on this case to bill for her time and to put in an appearance on Mr. Godfrey's behalf. Ms. Bussiere greatly assisted in the drafting of Mr. Godfrey's motion and reply letter pursuant to 28 U.S.C. § 2255. Allowing her to bill for her earlier time and participate in this matter going forward will enable us to provide Mr. Godfrey with the best representation in the most cost-effective manner.

      For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

                                 Respectfully submitted,

                                   /s/ Eric R. Breslin

                                   Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED**         _____
                              Honorable Sidney H. Stein, U.S.D.J.
                              Dated: New York, New York
                                  July 20, 2021

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                   GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800         PHONE: +1 973 424 2000  FAX: +1 973 424 2001
NEWARK, NJ 07102-5429