UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -v- | : | <u>ORDER</u> |
| TAVON GODFREY, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the government's letter motion to reinstate the superseding indictment in this action [Doc. No. 421], as well as the defendant's opposition [Doc. No. 422].

    IT IS HEREBY ORDERED that the Court will hear oral argument on the government's motion on Friday, July 29, at 10:00 a.m. in Courtroom 23A.

Dated: New York, New York
       July 27, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.