UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  17-Cr-511 (SHS)

        -v-  :  <u>ORDER</u>

TAVON GODFREY,  :

        Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On July 21 this Court granted Godfrey's Section 2255 motion on the grounds of his actual innocence to the charged crime, vacated his Section 924(c) conviction, directed the Bureau of Prisons to release Godfrey, and stayed the Order for 10 days from its entry [ECF Doc. 420]. On July 25 [ECF Doc. 421] the government moved to reinstate the superseding indictment pursuant to the terms of the parties' plea agreement. Godfrey opposes that motion [ECF Doc. 422]. The Court set oral argument on the application for tomorrow, July 28, at 10:00 a.m. Defense counsel has notified the Court that he is unable to appear due to a longstanding appearance in a criminal matter in Virginia. Accordingly,

    IT IS HEREBY ORDERED that the Court shall hear oral argument on the government's motion on Tuesday, August 2, at 12:00 p.m. in Courtroom 23A; the stay of the July 21 Opinion and Order [ECF Doc. 420] is extended through August 9, 2022.

Dated: New York, New York
       July 28, 2022

                              SO ORDERED:

                              *[signature]*
                              Sidney H. Stein, U.S.D.J.