UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -v- | : | <u>ORDER</u> |
| TAVON GODFREY, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Oral argument having been held today on the government's motion to reinstate the (S1) Superseding Indictment [ECF Doc. No. 119], with counsel for all parties present and the defendant appearing by telephone,

    IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record, the government's motion to reinstate the (S1) Superseding Indictment [Doc. No. 421] is granted. The Clerk of Court shall reinstate the (S1) Superseding Indictment and reopen this matter; and

    2.    The Court's direction in its Opinion and Order dated July 21, 2022 [Doc. No. 420], that the Bureau of Prisons release Mr. Godfrey, is withdrawn.

Dated: New York, New York
         August 2, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.