UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,   :   1:17-Cr. 00511 (SHS)

    -v-   :   CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
Tavon Godfrey   :   TELECONFERENCE

    Defendant.   :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant __Tavon Godfrey__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

_X_ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

__Tavon Godfrey/eRb__
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant

__G P Bond__
Defense Counsel's Signature

__Tavon Godfrey__
Print Defendant's Name

__Eric R. Breslin__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

__8/17/2022__
Date

__Sidney H. Stein__
Sidney H. Stein, U.S.D.J.