UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -v- | : | <u>ORDER</u> |
| TAVON GODFREY, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the conference scheduled for October 11 is adjourned to November 10 at 11:00 a.m. The conference will occur as a telephone conference. The parties shall dial 888-273-3658 and use access code 7004275. The time is excluded from calculation under the Speedy Trial Act from today until November 10, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
        October 4, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.