

| | | |
|---|---|---|
| NEW YORK | | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| PHILADELPHIA | | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | ERIC R. BRESLIN | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | CHERRY HILL |
| SHANGHAI | *E-MAIL*: ERBreslin@duanemorris.com | LAKE TAHOE |
| TAIWAN | | MYANMAR |
| BOSTON | www.duanemorris.com | OMAN |
| HOUSTON | | *A GCC REPRESENTATIVE OFFICE* |
| LOS ANGELES | | *OF DUANE MORRIS* |
| HANOI | | ALLIANCES IN MEXICO |
| HO CHI MINH CITY | | AND SRI LANKA |

October 18, 2022

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States of American v. Tavon Godfrey*, 17-cr-511 (SHS)

Dear Judge Stein:

  We are the attorneys for Tavon Godfrey. We write to request that Mr. Godfrey be transferred to a facility closer to the Southern District of New York during the pendency of his pretrial detention to facilitate his trial preparation and allow Mr. Godfrey to be closer to his family. Mr. Godfrey is currently detained at FCI Jesup in Jesup, Georgia, which has made it challenging for him to meet with counsel and necessitated that he appear via telephone for prior Court appearances. Additionally, Mr. Godfrey's seven-year-old daughter and two sisters (along with other relatives) reside in Bronx, New York, and his transfer would greatly aid his ability to visit them (Mr. Godfrey originally requested his Georgia placement to be close to his now-deceased mother).

  If possible, we would request that Your Honor recommend to the Bureau of Prisons that Mr. Godfrey be transferred to the Essex County Correctional Facility in Newark, New Jersey or, in the alternative, to the Metropolitan Detention Center in Brooklyn, New York. For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.

  Thank you for your consideration.

                 Respectfully submitted,

                 /s/ Eric R. Breslin

DUANE MORRIS LLP  *A DELAWARE LIMITED LIABILITY PARTNERSHIP*     DAVID A. SUSSMAN, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800    PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

October 18, 2022
Page 2

                                        Eric R. Breslin

ERB

cc: All Counsel of Record (Via ECF)

---

**Defendant's request to be transferred to a BOP facility in the Southern District of New York is granted.**

**Dated:** New York, New York
        October 18, 2022

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.