NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

**DuaneMorris®**

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

January 5, 2023

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>United States v. Tavon Godfrey, No. 17-cr-00511 (SHS)</u>

Dear Judge Stein:

    We are the attorneys for Tavon Godfrey and write this letter on behalf of all parties. The Court has scheduled a pretrial conference for Mr. Godfrey's case on January 9, 2023, at 3:30 p.m. However, Mr. Godfrey and the government have reached a disposition, and the parties therefore request an adjournment of the January 9th conference in order to schedule a change of plea hearing. It is our understanding that the Court is available on January 23rd at 11:00 a.m., and this date and time work well for both Mr. Godfrey and the government.

    Mr. Godfrey consents to the government's request that the time between today and the change of plea hearing be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties adequate time to hold a change of plea hearing.

    For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.

    Thank you for your consideration.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*    GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800    PHONE: +1 973 424 2000    FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

Honorable Sidney H. Stein
January 5, 2023
Page 2

DuaneMorris

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

The conference is adjourned to January 23, 2023, at 11:00 a.m. The time is excluded from calculation under the Speedy Trial Act from today until January 23, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. '3161(h)(7)(A).

Dated: New York, New York
       January 6, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.