UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -against- | : | |
| TAVON GODFREY, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The defendant, Tavon Godfrey (USM No. 79482-054), having been sentenced today to a term of time served,

    IT IS HEREBY ORDERED that the U.S. Marshal shall release the defendant unless any pending warrants, detainers, or other issues are encountered.

Dated: New York, New York
       March 13, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.